Dryden's condition and its connection with the accident.

AFFIRMED.

ANNA DRYDEN, SPECIAL ADMINISTRATRIX OF THE ESTATE
OF JOSEPH RAY DRYDEN, DECEASED, APPELLEE, V.
OMAHA STEEL WORKS, APPELLANT.

26 N. W. 2d 296

Filed February 21, 1947. No. 32202.

*Spier, Ramsey & Ellick,* for appellant.

*John A. McKenzie,* for appellee.

Heard before SIMMONS, C. J., PAINE, CARTER, YEAGER, CHAPPELL, and WENKE, JJ., and NUSS, District Judge.

CARTER, J.

This is a companion case to Dryden v. Omaha Steel Works, *ante* p. 1, released herewith. The cases were consolidated for briefing and oral argument in this court, and involve identical issues. The cases were heard in the district court upon the same evidence and were presented here upon the same bill of exceptions. The applicable principles of law are the same.

For the reasons stated in Dryden v. Omaha Steel Works, *ante* p. 1, the judgment of the district court is affirmed.

AFFIRMED.